```
Attorney for Debtor(s):                 Space reserved for Bankruptcy Clerk
Name: FRANK SORRENTINO, ESQ
Bar No.: 000421                         E filed December 15, 2005
1118 E. Carson Ave.
Las Vegas, Nevada 89101
Phone: 384-6824
```

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**
**(SOUTHERN DIVISION OF NEVADA)**

```
                                )
In re:                          )   CASE NO. BK-S-05-27478-lbr
                                )   CHAPTER 13
TOM STUMBO                      )   TRUSTEE: Kathleen A. Leavitt
                                )   CHAPTER 13 PLAN - # 2
                                )   PLAN: ( ) NA (x) Before
                                )       ( ) After Original Confirmation
                                )   Confirmation Hearing:
              Debtor(s).        )   DATE: 01/12/06
                                )   TIME: 8:30 a.m. Pre Hearing
                                )         1:30 p.m. Court Hearing
```

**1.   NOTICE TO CREDITORS:** *This Plan may ultimately provide a distribution to general unsecured creditors. Creditors should <u>TIMELY</u> file proofs of claim to participate in such distribution.*

**2.   INCORPORATION OF CHAPTER 13 PLAN GUIDELINES:** This plan incorporates the Chapter 13 Plan Guidelines for Las Vegas, Nevada (hereinafter referred to as "Guidelines"). Any creditor may request a copy of the Guidelines from the Chapter 13 Trustee or the attorney for Debtor(s).

**3.   PLAN PAYMENT SCHEDULE:**                                              **Amount**
   **A.**  (i)  $265.00 per month for 40 months                           **$10,680.00**
            **(Debtor(s) shall not pay less than 36
            monthly payments unless Plan proposes
            to pay 100% to all filed and allowed claims)**
            Payments to commence 11/20/05
            **(Date must match Special Directive to Debtor(s)
            and Their Attorney)**
         (ii) Payments shall increase as follows:
            **(State reason, i.e., paid in full direct
            during course of Plan or wage increase, etc.)**
   **B.**  Non-monthly payments:
            **All lump sum payments must be paid into the Plan
            at least 6 months prior to proposed Plan expiration
            (Court approval may be required).**
            <u>Source</u>

   **C.**  Total minimum plan payments*                                   **$10,680.00**
         **+ Annual Tax refunds - TBD**

            *If amount is pursuant to a settlement, see Exhibit attached.
            (must equal line 4.I.)

1

**4. CLASSIFICATION OF CLAIMS PAID BY TRUSTEE:**
   **A. ADMINISTRATIVE CLAIMS:**
      (1) Debtor's Attorney Compensation
         (Must comply with Guidelines):
        a. **Basic Services:**

```
            Attorney fees and costs  $2,700.00
            Filing fee                 $194.00
            TOTAL FOR ATTORNEY       $2,894.00
            Less: Amount pre-paid
                By Debtor             ($300.00)
            Amount to be paid
                By Trustee                                $2,594.00
```
        b. **Estimated additional fees & costs:**
```
            Attorney fees & costs    $_____
            Less: Amount pre-paid
                By Debtor            ($_____)
            Amount to be paid
                By Trustee per
                Court order                              $_____
```

      (2) Other professionals (see Guidelines):
        a.   Claimant:_____
            Type of service:_____

```
            Amount of claim:         $_____
            Less: Amount pre-paid
                By Debtor            ($_____)
            Amount to be paid
                By Trustee                               $_____
```

      (3) Other administrative claims:              $_____

The aforementioned administrative claims shall be paid simultaneously with adequate protection payments, if any, on allowed secured claims as set forth at 4(B)(3) as follows:
        a.   Minimum monthly payment to
            attorney:                   $_____/mo.
        b.   Minimum monthly payment to
            other professional:       $_____/mo.

      (4)   Trustee Compensation: See 4(H).


   **B.   SECURED CLAIMS:**
  (1)   Taxes (Federal, State, City and County)
        a)    Creditor: Clark County Treasurer
            Period/Type: Property Taxes   Claim amount $400.00
            Interest rate 10%          Approx. Interest $100.00
                                              TOTAL CLAIM $500.00

(2) **Arrearages**

    a)    Creditor: Wells Fargo Bank N.A.
           Collateral: Residence     Pre-petition claim $3,473.00
           Interest rate: 0%         Approx. Interest    $
           Direct payment $1,073.00/MO.  To commence: 11/01/05
                                          TOTAL CLAIM:     $3,473.00

    b)    Creditor: Home Eq.
           Collateral: Residence     Pre-petition claim $1,000.00
           Interest rate: 0%         Approx. Interest    $
           Direct payment $250.00/ mo.   To commence:
                                           TOTAL CLAIM $1,000.00

    c)    Creditor:
           Collateral:            Pre-petition claim $
           Interest rate: 0%    Approx. Interest    $
           Direct payment $00/    mo.   To commence:
                                           TOTAL CLAIM $

(3) Obligations Paid in Full by Trustee *(refer to Section 4(B)(3) of the Guidelines)*

    a)    Real Property
    i)    Creditor:_____
           Collateral:_____ Full claim amount   $_____
           Interest rate: _____%   Approx. Interest   $_____
           Adequate protection payment $_____/mo.
                             TOTAL CLAIM                    $_____

    b)    Personal Property (vehicles, household goods, jewelry, etc.)
    i)    Creditor:
           Collateral:
                              Fair Market Value   $
           Interest rate: %                Approx. Interest    $
           Limited to fair market value of collateral: YES
           Adequate protection payment $_____/mo.

                                         TOTAL CLAIM:    $

(4) Direct Payments to be made by Debtor that are <u>not</u> in arrears (including ongoing City and County taxes)

    a)    Creditor:
           Collateral:
           Regular monthly payment $/mo.
           Commence date                    Final payment date _____

    b)    Creditor:
           Collateral:
           Regular monthly payment             /mo.
           Commence date                    Final payment date _____

    c)    Creditor:
           Collateral:
           Regular monthly payment $                   /mo.
           Commence date                    Final payment date _____

(5) Collateral to be Surrendered:
Surrender of property is full satisfaction of the secured claim. Upon Confirmation, the automatic stay terminates regarding the Property to be surrendered.
    a)    Creditor:Household Retail Service
           Collateral:2001 Kawasaki Motorcycle
           Location of Collateral:Debtor

**C. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**
    a)    Creditor:
           Collateral:
           Reject: no      Returned to creditor: no
           Assume: yes     Regular monthly payment $
               No. of months remaining

**D. UNSECURED PRIORITY CLAIMS:**
(1) Taxes (Federal, State, City and County)
    a)    **Creditor:**
           **Period/Type:**
                               TOTAL CLAIM        $
(2) Child Support/Alimony
    a)    Creditor:

                                         Pre-petition claim $_____
        Interest rate: _____%   Approx. Interest   $_____
        Direct payment $_____/mo.  To commence:_____
                              TOTAL CLAIM        $_____
(3) Other Priority
    a)    Creditor:_____
        Type of Priority:_____  Pre-petition claim $_____
        Interest rate: _____%   Approx. Interest   $_____
        Direct payment $_____/mo.  To commence:_____
                          TOTAL CLAIM        $_____

**E. UNSECURED NONPRIORITY CLAIMS:**

(1) Special Class
    a)    Creditor:_____
        Reason for special class:_____
                                Pre-petition claim $_____
                              Percentage to be paid _____%
                            TOTAL CLAIM        $_____

(2) General Unsecured
    a)    Approximate total amount of all claims        $
        Approximate percentage to be paid        %
                APPROXIMATE AMOUNT TO BE PAID $2,000.00
        Is Approximate Amount to be Paid modifiable?  Yes/no
        If no, explain:_____

(3) Late-Filed
    a)    Approximate total amount of all claims   $_____0_____
        Approximate percentage to be paid     _____0_____%
                APPROXIMATE AMOUNT TO BE PAID    $__
    Is Approximate Amount to be Paid modifiable?  Yes/no
        If no, explain:_____

**F. POST-PETITION CLAIMS (11 U.S.C. §1305):**
   (a)  Taxes (Federal, State, City and County)
       a)   Creditor:_____
            Period/Type:_____      Claim amount $_____
                              Approx. Interest & penalties $_____
                                      TOTAL CLAIM         $_____

   (b)  Other
       a)   Creditor:_____
            Type:_____              Claim amount $_____
                              Approx. Interest & penalties $_____
                                    TOTAL CLAIM         $

  **G.**   **TOTAL CLAIMS PAID BY TRUSTEE: (Add A-F)**      **$9,567.00**
  **H.**   **TRUSTEE COMPENSATION:**      **$1,063.00**
      (1)  Not to exceed 10% (divide F. by 9)
  **I.**   **TOTAL PLAN PAYMENTS TO TRUSTEE (Add G-H,**      **$10,630.00**

**5. ORDER OF DISTRIBUTION BY TRUSTEE:** The Trustee shall distribute to allowed claims in the following order:
  **A.**   Section 4(A) - Administrative Claims (unless 4B(3) adequate protection payments shown)
  **B.**   Section 4(B) - Secured Claims
  **C.**   Section 4(F) - Post Petition Claims
  **D.**   Section 4(D) - Unsecured Priority Claims
  **E.**   Section 4(E) - Unsecured Nonpriority Claims

**6. LIENS TO BE AVOIDED BY MOTION:**
   a)   Creditor:_____
         Collateral:_____
         Type of Lien:_____
         Value of Lien:_____

**7. LIQUIDATION VALUE:**
   Liquidation value (from worksheet in Guidelines)   $_____
   Liquidation value to be paid to priority claims    $_____
   Liquidation value to be paid to non-priority claims  $_____
   Liquidation value is based on:_____

**8. SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS:**
Copies of the Debtor(s) Schedules and Statement of Financial Affairs may be obtained from the United States Bankruptcy Court Clerk's Office, 300 Las Vegas Blvd. South, Second Floor, Las Vegas, Nevada 89101. Documents may also be viewed via the Bankruptcy Court's website (www.nvb.uscourts.gov).

**9. SIGNATURE BY DEBTOR(S):**
We undersigned Debtor(s), declare under penalties of perjury, that I/we have read the foregoing Chapter 13 Plan, including any attached sheets, and I/we know and understand the contents thereof and my/our obligations thereunder.

```
                           /s/ TOM STUMBO
                               Debtor
                           /s/
                               Joint Debtor (if any)
```

**10.   ATTORNEY SIGNATURE:** /s/ Frank Sorrentino                              /
  **ATTORNEY FOR DEBTOR(S)**                                                   **DATE**

                                                                               /
  **TRUSTEE**                                                                  **DATE**

Case 05-27478-lbr    Doc 17    Entered 12/15/05 16:27:33    Page 7 of 7