It appearing that any prior notice of breach is now of no effect, the creditor shall provide the debtor with all information required by Nevada law as amended effective July 1, 2009.

**Entered on Docket**
**August 03, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. *******1789/ Our File No. 08-04-1751

Attorney for Secured Creditor
Wells Fargo Bank, NA, successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TOM D. STUMBO,<br><br>Debtor(s) | CHAPTER 13<br>BANKRUPTCY NO.: 05-27478-LBR<br>DATE: May 07, 2008<br>TIME: 10:00 AM |

**EXPARTE ORDER TERMINATING THE**
**AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF**
**THE ADEQUATE PROTECTION ORDER**

Pursuant to an Adequate Protection Order entered on Jun 11, 2008, the above-referenced Debtor was obligated to make specified payments which he/she has failed to make.

The Debtor has failed to comply thereby necessitating written notice(s) of breach and default filed on July 7, 2009.

Based on the failure to cure, contractual agreement, court order and good cause appearing;

- 1 -

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay in the above-entitled Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, Wells Fargo Bank, NA, successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc. its assignees and/or successors in interest, regarding the subject Property generally described as: 5121 Lydfort Court North Las Vegas, Nevada 89030, ("Property" herein) and legally described as follows:

> LOT SEVENTY-EIGHT (78) IN BLOCK THREE (3) OF SOMERSET ESTATES 1 PHASE-1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 57 OF PLATS, PAGE 82, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions and binding are hereby affirmed in this Order as well.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that upon entry of this Order, the Trustee shall cease payment on creditor's proof of claim. Creditor's proof of claim is allowed in the amount of payments made to date by the Trustee.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any monies previously paid to Secured Creditor by the Trustee shall not be returned to the Debtor.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that upon disposition of the collateral, creditor may amend said proof of claim and share in any distribution from the date of the filing of the amended claim pursuant to the confirmed plan.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Trustee is not required to recover previous distributions from other creditors for distribution on creditor's amended claim. This may result in a percentage of payment to creditor's amended claim different than to other creditors.

/ / /

/ / /

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By:    /s/ Michael W. Chen          Date: _____
       Michael W. Chen, Esq.
       Attorney for Secured Creditor
       Wells Fargo Bank, NA, successor by merger to Wells Fargo Home Mortgage, Inc. fka Norwest Mortgage, Inc.

###