KATHLEEN A. LEAVITT                                              E-FILED 11/03/2009
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
kal13mail@las13.com

## UNITED STATES BANKRUPTCY COURT
## NEVADA DIVISION

| | |
|---|---|
| IN RE:<br>TOM D STUMBO<br><br><br><br>**Debtor (s)** | CASE NO: BKS-05-27478-LBR<br><br>NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE |

**TO THE DEBTOR(S) AND HIS OR HER ATTORNEY:**
**YOU ARE BEHIND IN YOUR CHAPTER 13 PLAN PAYMENTS AND YOUR CASE MAY BE DISMISSED, WITHOUT FURTHER NOTICE OR HEARING, UNLESS YOU TAKE ACTION WITHIN 30 DAYS OF THE DATE LISTED BELOW.**

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee's records show that you have not made all of the payments required by your Confirmed Plan.

YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.  As of November 03, 2009, payments are delinquent in the amount of $530.00.  A list of payments received is attached as "Exhibit A".  Any tax refunds or proceeds from insurance or sales do not appear on this exhibit.

IN ORDER TO CONTINUE TO RECEIVE THE PROTECTION OF THE U.S. BANKRUPTCY COURT:

**YOU MUST, by 12/03/2009, bring the case current by paying, in certified funds to the Chapter 13 Trustee, the amount of $795.00**  (This amount represents your delinquency plus your next plan payment due after  11/3/2009); OR

YOU MUST, by 12/03/2009, submit to the Chapter 13 Trustee through your attorney, if you are represented, a Modified Chapter 13 Plan.  Such modified Plan must propose terms under which you would not be in default and which will provide for Plan completion within 60 months of the original date you filed your Chapter 13 petition; OR

YOU MUST file and serve a request for a hearing on the Trustee's Notice of Default, setting forth the reason for requesting the hearing supported by affidavits or declarations.

**THIS NOTICE ADDRESSES PLAN PAYMENT DEFAULT ONLY AND DOES NOT ADDRESS OTHER PROBLEMS THAT MAY EXIST IN YOUR CASE.  PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY.  YOUR CASE MAY BE DISMISSED.**

Dated: November 03, 2009                                          /s/ Kathleen A. Leavitt
                                                                  Kathleen A. Leavitt
                                                                  Chapter 13 Trustee

**Exhibit A to Notice of Default**                                   **CASE NO.: 05-27478-LBR**
**TOM D STUMBO**

| Date Posted | Source Number | Description | Amount of Receipt |
|---|---|---|---:|
| Nov 28, 2005 | BOA 8157 | CASHIER'S CHECK FROM DEBTOR | 265.00 |
| Jan 11, 2006 | BOA 8903 | CASHIER'S CHECK FROM DEBTOR | 265.00 |
| Jan 24, 2006 | TRAVE 8841 | MONEY ORDER FROM DEBTOR | 265.00 |
| Mar 06, 2006 | TRAVE 1714 | MONEY ORDER FROM DEBTOR | 265.00 |
| Apr 05, 2006 | WU 2976 | MONEY ORDER FROM DEBTOR | 265.00 |
| May 09, 2006 | TRAVE 6378 | MONEY ORDER FROM DEBTOR | 265.00 |
| Jun 05, 2006 | 05 TAX REF/BOA 8302 | INCOME TAX REFUND CHECK | 4,399.00 |
| Jun 26, 2006 | WF 2690 | MONEY ORDER FROM DEBTOR | 265.00 |
| Aug 09, 2006 | WF 9262 | MONEY ORDER FROM DEBTOR | 265.00 |
| Sep 07, 2006 | WF 2580 | MONEY ORDER FROM DEBTOR | 265.00 |
| Sep 19, 2006 | WF 2729 | MONEY ORDER FROM DEBTOR | 530.00 |
| Oct 31, 2006 | WF 6608 | MONEY ORDER FROM DEBTOR | 265.00 |
| Dec 05, 2006 | WF 6975 | MONEY ORDER FROM DEBTOR | 265.00 |
| Feb 05, 2007 | WF 2494 | MONEY ORDER FROM DEBTOR | 530.00 |
| Apr 13, 2007 | WF 5538 | MONEY ORDER FROM DEBTOR | 265.00 |
| Jun 05, 2007 | WF 4653 | MONEY ORDER FROM DEBTOR | 265.00 |
| Jun 05, 2007 | WF 4654 | MONEY ORDER FROM DEBTOR | 265.00 |
| Jun 20, 2007 | WF 4802 | MONEY ORDER FROM DEBTOR | 530.00 |
| Jul 31, 2007 | WF 0740 | MONEY ORDER FROM DEBTOR | 265.00 |
| Aug 29, 2007 | WF 8618 | MONEY ORDER FROM DEBTOR | 265.00 |
| Oct 30, 2007 | WF 8213 | MONEY ORDER FROM DEBTOR | 265.00 |
| Feb 08, 2008 | ALB 4527 | MONEY ORDER FROM DEBTOR | 30.00 |
| Feb 08, 2008 | ALB 4526 | MONEY ORDER FROM DEBTOR | 500.00 |
| Apr 22, 2008 | BALLY BK OF NLV 0241 | CASHIER'S CHECK FROM DEBTOR | 1,060.00 |
| May 21, 2008 | WF 7730 | MONEY ORDER FROM DEBTOR | 53.00 |
| Jul 30, 2008 | WF 4339 | MONEY ORDER FROM DEBTOR | 265.00 |
| Aug 26, 2008 | WF 0718 | MONEY ORDER FROM DEBTOR | 795.00 |
| Oct 03, 2008 | WF 3559 | MONEY ORDER FROM DEBTOR | 265.00 |
| Jan 06, 2009 | WF 0473 | MONEY ORDER FROM DEBTOR | 30.00 |
| Jan 06, 2009 | WF 0472 | MONEY ORDER FROM DEBTOR | 500.00 |
| Mar 10, 2009 | WF 4822 | MONEY ORDER FROM DEBTOR | 530.00 |
| Mar 31, 2009 | WF 6160 | MONEY ORDER FROM DEBTOR | 265.00 |
| May 11, 2009 | WF 6758 | MONEY ORDER FROM DEBTOR | 265.00 |
| Jun 15, 2009 | WF 2624 | MONEY ORDER FROM DEBTOR | 265.00 |
| Aug 11, 2009 | WF 5343 | MONEY ORDER FROM DEBTOR | 530.00 |
| | | **Gross Debtor Receipts:** | **$15,847.00** |