**Entered on Docket**
**January 25, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

**LAW OFFICE OF FRANK SORRENTINO**
FRANK SORRENTINO, ESQ.
Nevada Bar No. 000421
BONNIE BOYCE, ESQ.
Nevada Bar No. 000870
1118 E. Carson Ave.
Las Vegas, Nevada  89101
(702) 384-6824
Attorneys for Debtor

**E-Filed: 01-07-2010**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-05-27478-LBR |
| **TOM D. STUMBO** | Chapter 13 |
| | Trustee: Kathleen A. Leavitt |
| Debtor. | Hearing Date: December 3, 2009 |
| | Hearing Time: 2:30 p.m. |

### ORDER REINSTATING AUTOMATIC STAY

The Motion of Debtor, TOM D. STUMBO, to Set Aside Order Vacating Automatic Stay and to Reinstate Automatic Stay, coming on regularly for hearing on this 3rd day of December, 2009 at 2:30 p.m., with BONNIE BOYCE, ESQ., of THE LAW OFFICE OF FRANK SORRENTINO, appearing for Debtor, TOM D. STUMBO, and MICHAEL W. CHEN, ESQ. of THE COOPER CASTLE LAW FIRM, LLP, appearing on behalf of secured creditor WELLS FARGO BANK, N.A. fka Wells Fargo Home Mortgage, Inc.,

fka Norwest Mortgage Inc., pursuant to notice duly given, no opposition having been filed and the Court having heard the representation of counsel for Debtor, TOM D. STUMBO, and being otherwise informed and good cause appearing therefor;

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Ex Parte Order terminating the automatic stay entered on August 3rd, 2009 is vacated and the automatic stay is reinstated on the terms and conditions set forth herein.

1. This Order affects the real property commonly known as 5121 Lydfort Court North Las Vegas, Nevada 89030 and legally described as follows:

   LOT SEVENTY-EIGHT (78) IN BLOCK THREE (3) OF SOMERSET ESTATES 1 PHASE-1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 57 OF PLATS, PAGE 82, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA

2. Debtor shall submit 4 mortgage payments totaling $ 4,467.16 directly to creditor's attorney, THE COOPER CASTLE LAW FIRM, LLP, upon signature of this Order.

3. The balance of mortgage payments and late fees due through December, 2009, $ 3,529.31, shall be delivered to THE COOPER CASTLE LAW FIRM, LLP., within 30 days of entry of this Order.

4. Debtor shall remain current on all post-petition mortgage payments due the creditor or creditor may, upon Affidavit and 10-days noticed, submit an Order Vacating Stay on the subject property.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

1 | IT IS SO ORDERED.

2 | DATED this 7th day of January, 2010.

3 | Submitted by: | Approved/Disapproved:

4 | LAW OFFICE OF FRANK SORRENTINO | CHAPTER 13 TRUSTEE

5 | By: /s/ Bonnie Boyce, Esq. | By:/s/ Kathleen A. Leavitt
BONNIE BOYCE, ESQ. | KATHLEEN A. LEAVITT
6 | Nevada Bar #000870 | Chapter 13 Trustee
1118 E. Carson Ave.
7 | Las Vegas, NV 89101
Attorney for Debtor

8 | Approved: THE COOPER CASTLE LAW FIRM

9 | By: [sent 12/17/09, never returned signed]
10 | MICHAEL W. CHEN, ESQ.
Nevada Bar #: 7307
11 | 820 S. Valley View Blvd.
Las Vegas, NV 89107
12 | Attorney for Secured Creditor
Wells Fargo Bank, NA, successor by merger
13 | to Wells Fargo Home Mortgage, Inc.
fka Norwest Mortgage, Inc.

14 | / / / /
15 | / / / /
16 | / / / /
17 | / / / /
18 | / / / /
19 | / / / /
20 | / / / /
21 | / / / /
22 | / / / /
23 | / / / /
24 | / / / /
25 | / / / /
26 | / / / /
27 | / / / /
28 |

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel submitting this document certifies as follows (check one):

\_\_\_\_  The Court has waived the requirements of approval under LR 9021.

\_\_\_\_  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_  This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__X__  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.